TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
      Social Security Administration
      160 Spear Street, Suite 800            JS-6
      San Francisco, CA  94105
      Telephone: (510) 970-4809
      Facsimile: (415) 744-0134
      Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| TANESIA MONIQUE HARE,<br><br>      Plaintiff,<br><br>         v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,[1]<br><br>      Defendant. | Case No. CV21-3076-MAR<br><br>**JUDGMENT** |

///

///

///

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    Having approved the parties' Stipulation to Remand Pursuant to Sentence

2   Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES

3   AND DECREES that judgment is entered for Plaintiff.

4

5

6   DATED: August 30, 2021

7                                                      HON. MARGO A. ROCCONI
                                                       UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28